IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

JONATHON WEBB,

           Plaintiff,

v.                                      CIVIL  ACTION  NO.  3:09-0795

LARRY PARSONS, et al.,

           Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Motion for Leave to Amend Complaint (Doc. #35) to the extent he seeks to add a demand for a jury trial, and deny Plaintiff's Motion for Leave to Amend Complaint to the extent he seeks (1) to add the West Virginia Regional Jail Authority as a party defendant and (2) to assert claims against the West Virginia Regional Jail Authority.  Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's Motion for Leave to Amend Complaint (Doc. #35) to the extent he seeks to add a demand for a jury trial, and **DENIES** Plaintiff's Motion for Leave to Amend Complaint to the extent he seeks (1) to add the West Virginia Regional Jail Authority as a

party defendant and (2) to assert claims against the West Virginia Regional Jail Authority, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, Magistrate Judge VanDervort, and any unrepresented parties.

ENTER: May 25, 2011

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE